JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVANTI EZZANI-KOTUN,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. CV 13-586-MMM (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 22, 2014

　　　　　　　　　　　　　　/s/ Margaret M. Morrow
　　　　　　　　　　　　　　HONORABLE MARGARET M. MORROW
　　　　　　　　　　　　　　United States District Judge

Prepared by:

/s/
HONORABLE OSWALD PARADA
United States Magistrate Judge